IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**  **PLAINTIFF**
**ADC #169865**

v.  Case No. 4:21-cv-00768-KGB

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Eugene Jones has not filed any objections to the Proposed Findings and Recommendations, and the time to file objections has passed. After careful consideration of the entire record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. As a result, the Court dismisses without prejudice Mr. Jones' complaint (*Id.*).

This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith (*Id.*, at 4). *Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1724-25 (2020) (holding that dismissal with or without prejudice constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g)).

Mr. Jones filed a motion for status update to inform the Court that he intended to pursue his claims as of November 17, 2021 (Dkt. No. 8). Mr. Jones filed another motion for status update which the Court also considers as a motion to appoint counsel (Dkt. No. 10). Because the Court adopts Judge Volpe's Proposed Findings and Recommendations and dismisses without prejudice

Mr. Jones's complaint, the Court denies as moot Mr. Jones' two motions for a status update including his request to appoint counsel (Dkt. Nos. 8; 10).

It is so ordered this 11th day of February, 2022.

_____
Kristine G. Baker
United States District Judge