# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EUGENE JONES**     **PLAINTIFF**
**ADC #169865**

**v.**     **Case No. 4:21-cv-00768-KGB**

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the plaintiff Eugene Jones' complaint is dismissed without prejudice (Dkt. No. 2).

It is so adjudged this 11th day of February, 2022.

_____
Kristine G. Baker
United States District Judge