# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EUGENE JONES**  **PLAINTIFF**
**ADC #169865**

v.  Case No. 4:21-cv-00768-KGB

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are plaintiff Eugene Jones's motion for a status update and motion for reconsideration (Dkt. Nos. 14; 15).

In his motion for status update, Mr. Jones requests to "know what[']s going on in [this] Court proceeding" (Dkt. No. 14). The Court grants this request for a status update and informs Mr. Jones that, in its February 11, 2022, Order, the Court adopted United States Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations and dismissed without prejudice Mr. Jones' complaint (Dkt. Nos. 6; 11; 14). The Court directs the Clerk of Court to send to Mr. Jones a copy of the docket sheet in this matter, as well as copies of docket numbers 6, 11, and 14, along with a copy of this Order.

Mr. Jones' also filed a motion for reconsideration, asking this Court to give him "more time . . ." to prosecute his case (Dkt. No. 15). The limited function of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence. *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988). Mr. Jones's motion to reconsider does not cite an error of law or fact nor does it present for this Court's consideration appropriate, newly discovered evidence. Therefore, the Court denies Mr. Jones's motion for reconsideration.

This case will remain closed.

It is so ordered this 31st day of August, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge